# Court of Appeals
# of the State of Georgia

ATLANTA,  March 11, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1337. TYANIKA BROWN v. A BETTERWAY RENT-A-CAR, INC.**

A Betterway Rent-a-Car, Inc. ("the plaintiff") filed suit court against Tyanika Brown and Kawanike Williams. On May 24, 2021, the trial court entered judgment in the amount of $9,150.61 in favor of the plaintiff. In 2023, Brown filed a motion to set aside, which the trial court denied. Brown subsequently filed another pleading, arguing that the judgment against her was fraudulent.[1] The trial court denied the motion, and Brown filed this appeal. We, however, lack jurisdiction.

Because Brown sought to challenge the validity of the judgment against her based on fraud, the motion is properly construed as a motion to set aside under OCGA § 9-11-60 (d). See OCGA § 9-11-60 (d) (2) (a motion to set aside may be based upon fraud); *Kuriatnyk v. Kuriatnyk*, 286 Ga. 589, 590 (690 SE2d 397) (2010) (explaining that in pleadings, substance controls over nomenclature). And an appeal from an order denying a motion to set aside under OCGA § 9-11-60 (d) must be taken by application for discretionary review. OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006).

---

[1] It appears as though Brown — who is proceeding pro se — filed this pleading in the magistrate court and that it was subsequently transferred to the state court.

"Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Brown failed to file a discretionary application, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 03/11/2025
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*